UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    KELLY A. EMANUEL, as the
    Executrix of the Estate of
    Francis "Boomer" Cleary

                     Plaintiff(s)

    -vs-                                       03-Cv-6479T

    STEVEN C. SIMON, M.D., et al

                     Defendant(s)
_____

        Salvatore Savatteri, Jr., Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Pennsylvania and the United States District Court for the Middle District of Pennsylvania and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Salvatore Savatteri, Jr., Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee, Salvatore Savatteri, Jr., Esq. will be admitted to practice <u>pro hac vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.

                                            S/ MICHAEL A. TELESCA
                                            MICHAEL A. TELESCA
                                            United States District Judge

Dated:  Rochester, New York
       June 9, 2006